PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of Washington

UNITED STATES OF AMERICA

v.

Irma Ramirez

Crim. No.    0980 1:18CR02062-LRS-1

On  June 27, 2019    the above named was placed on supervision for a period of 36 months. The probationer has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

s/Linda J. Leavitt
Linda J. Leavitt, U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  4th  day of  May , 20 21 .

Lonny R. Suko,
Senior United States District Judge